# United States Court of Appeals
## For the First Circuit

Nos.  06-2599
      07-1754

ZULKIFLY KADRI,

Petitioner,

v.

MICHAEL B. MUKASEY,
ATTORNEY GENERAL OF THE UNITED STATES,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on September 20, 2008, is amended as follows:

On the cover page insert at the bottom: <u>Ilana Etkin Greenstein</u>, <u>Jeremiah Friedman</u>, <u>Harvey Kaplan</u>, <u>Maureen O'Sullivan</u>, and <u>Kaplan, O'Sullivan & Friedman, LLP</u>, on brief for Gay & Lesbian Advocates & Defenders, National Lawyers' Guild, Massachusetts Chapter, and National Immigration Project, amici curiae.